1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

12

13

14

15

UNITED STATES OF AMERICA,                    )
                                             )          Case No. 2:17-cr-00157-APG-NJK
                    Plaintiff(s),            )
                                             )          **ORDER**
v.                                           )
                                             )          (Docket No. 18)
JOSEPH LOUIS BAKER,                          )
                                             )
                    Defendant(s).            )
_____   )

16      On June 8, 2017, Defendant filed a notice of assertion of right regarding shackling. Docket No. 17.

17  The notice relates to the issuance of the *en banc* decision in *United States v. Sanchez-Gomez*, __ F.3d ___,

18  2017 WL 2346995 (9th Cir. May 31, 2017).[1]  On June 13, 2017, the Government moved to strike that

19  notice, arguing that it mischaracterizes the Ninth Circuit's decision. Docket No. 18.  These filings are not

20  tethered to any particular hearing, shackling request, or shackling determination.  There is no live justiciable

21  dispute before the Court.  Accordingly, the motion to strike is **DENIED** without prejudice to the parties

22  addressing the issues at an appropriate time if necessary.

23      IT IS SO ORDERED

24      Dated: June 22, 2017

25      _____

26      NANCY J. KOPPE
        United States Magistrate Judge

27  _____

28      [1] On June 16, 2017, the Ninth Circuit entered a 90-day stay of the issuance of the mandate.