# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH LOUIS BAKER,<br><br>　　　　　Defendant. | Case No. 2:17-cr-157-APG-NJK<br><br>**ORDER FOR THE PREPARATION OF A PRE-PLEA PRESENTENCE REPORT**<br><br>(ECF No. 28) |

Based upon defendant Baker's unopposed motion for the preparation of a pre-plea Presentence Report, and good cause therefor,

IT IS HEREBY ORDERED that Baker's motion **(ECF No. 28) is GRANTED**. The Probation Office shall prepare and provide to the parties a pre-plea Presentence Report within 90 days.

IT IS FURTHER ORDERED that Baker's counsel shall provide a copy of this order to the Probation Office immediately.

DATED this 10th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE