# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH LOUIS BAKER,<br><br>Defendant. | Case No. 2:17-cr-00157-APG-NJK<br><br>**<u>ORDER FOR DEFENDANT'S MEDICAL CARE</u>** |

It is ordered that Mr. Baker will be treated by the appropriate medical professional regarding his ongoing medical conditions. Mr. Baker's nerve damage and pain shall be treated on a continuing basis as needed. Further, a medical professional will treat Mr. Baker's plantar fasciitis. If deemed appropriate, approved comfortable shoes (sneakers) will be provided to Mr. Baker at no cost.

DATED this 12th of June, 2018.

_____
UNITED STATES DISTRICT JUDGE